# Court of Appeals
# of the State of Georgia

ATLANTA,  June 09, 2021

*The Court of Appeals hereby passes the following order:*

**A21A1383.   ROSHAN HOLDINGS, LLC et al. v. JONES PETROLEUM COMPANY, INC.**

Appellants Roshan Holdings, LLC and Nisha Lakhani have filed a motion to withdraw their appeal, which is hereby GRANTED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  06/09/2021*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_Stephen E. Castlen_____ , *Clerk.*